AMENDED COMPLAINT

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

Jacksonville Division

## CIVIL RIGHTS COMPLAINT FORM

MARK ALLEN TWILEGAR
#O-Y32888

CASE NUMBER 3:18-CV-242-J-20JBT
(To be supplied by Clerk's Office)

(Enter full name of each Plaintiff and prison number, if applicable)

v.

DR. E. PEREZ, CHO

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right).

## ANSWER ALL OF THE FOLLOWING QUESTIONS:

I. PLACE OF PRESENT CONFINEMENT: UNION CORRECTIONAL INSTITUTIONA', RAIFORD, FLORIDA
(Indicate the name and location)

II. EXHAUSTION OF ADMINISTRATIVE REMEDIES: Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.

III. PREVIOUS LAWSUITS:

A. Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (X)

B. Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes (X) No ( )

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

   1. Parties to previous lawsuit:

      Plaintiff(s): MARK ALLEN TWILEGAR

      Defendant(s): JULIE JONES, SECRETARY, F.D.O.C. CENTURIAN OF FLORIDA, LLC.

   2. Court (if federal court, name the district; if state court, name the county): U.S.D.C. MIDDLE DISTRICT, JACKSONVILLE, FL.

   3. Docket Number: 3:16-CV-01512-HES-PDB

   4. Name of judge: SHERYL L. LOESCH, DEPUTY CLERK

   5. Briefly describe the facts and basis of the lawsuit: DENIAL OF MEDICAL CARE, CRUEL AND UNUSUAL PUNISHMENT

   6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?): DISMISSED WITHOUT PREJUDICE

   7. Approximate filing date: DECEMBER 01, 2016

   8. Approximate disposition date: DECEMBER 12, 2016

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so,

identify these suits below by providing the case number, the style, and the disposition of each case: _____

CASE # 3:16-CV-01512-HES-PDB
8TH AMENDMENT VIOLATION
DISMISSED WITHOUT PREJUDICE

IV.   PARTIES: In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A.   Name of Plaintiff: MARK ALLEN TWILEGAR
     Mailing address: P.O. BOX 1000, U.C.I., 0-432888
     RAIFORD, FLORIDA 32083

B.   Additional Plaintiffs: _____

In part C of this section, indicate the **full name** of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C.   Defendant: DR. E. PEREZ, CHO
     Mailing Address: U.C.I., 7819 N.W. 228th, St.
     RAIFORD, FLORIDA 32026-4000
     Position: CHIEF HEALTH OFFICER
     Employed at: CENTURIAN OF FLORIDA, LLC.

D.   Defendant: _____
     Mailing Address: _____

DC 225 (Rev 2/2012)

3

Position: _____

Employed at: _____

E. Defendant: _____

Mailing Address: _____

_____

Position: _____

Employed at: _____

F. Defendant: _____

Mailing Address: _____

_____

Position: _____

Employed at: _____

G. Defendant: _____

Mailing Address: _____

_____

Position: _____

Employed at: _____

V. STATEMENT OF CLAIM: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

Defendant Perez violated plaintiff's 8th Amendment Constitutional right to be free from Cruel and Unusual Punishment by showing deliberate indifference to a serious medical need.

i.e. Denial of treatment or referral to a specialist for a chronically swollen liver and spleen

VI. STATEMENT OF FACTS: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant[s]).

1) Plaintiff is confined at Union Corr. Inst.
2) Defendant is Chief Health Officer (CHO) for Union Corr. Inst.
3) Defendant is Plaintiff's primary care physician
4) In May of 2016 Plaintiff sought treatment from Defendant for a previously diagnosed mildly enlarged liver and spleen.
5) This condition is chronic and presents as a pronounced lump on the left abdomen, over liver and spleen.

DC 225 (Rev 2/2012)

5

6) Plaintiff sought treatment or referral to a specialist from Defendant at every opportunity via sick-call and has been denied.

7) On or about March 27, 2017, Plaintiff submitted a DC1-303 to the Asst. Warden seeking advocacy to receive medical treatment and was denied April 5, 2017

8) On or about April 10, 2017, Plaintiff resubmitted his grievance to the Warden via a second DC1-303 seeking advocacy to receive medical treatment and was denied on April 13, 2017.

9) On or about April 24, 2017 Plaintiff resubmitted his grievance to the Secretary via third DC1-303 seeking advocacy to receive medical treatment and was denied on August 8, 2017.

10) The nature of medical condition causes severe chronic pain that substantially impairs daily life activities.

11) The swelling has progressed from the lump over liver and spleen downward to the groin and upward to a spot just behind the left short rib and back to the spine.

12) The harm continues to progress because Defendant refuses to provide treatment or referral to a specialist.

VII. **RELIEF REQUESTED**: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

1) Judicial Determination

2) Injunctive Relief for medical care.

3) Trial by Jury on matters not mediated.

4) Award reasonable Attorney fees, Court Costs, and expenses and such other relief as the court may deem fair, just, and equitable under the circumstances.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this 12th day of March, 2018.

*[signature]*

(Signatures of all Plaintiffs)

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☑ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail on: the 12th day of March, 2018.