IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
(JACKSONVILLE DIVISION)

**RECIEVED**
UNION CORRECTIONAL INSTITUTION
JUL 25 2018
BY: _____
FOR MAILING

MARK A. TWILEGAR,
Plaintiff,

v.                                         Case No.: 3:18-CV-00242-HES-JBT

DR. PEREZ, CHO,
Defendant.
_____/

**PLAINTIFF TWILEGAR'S MOTION TO VOLUNTARY DISMISS
AMENDED COMPLAINT WITHOUT PREJUDICE**

Plaintiff Twilegar, *pro se*, and pursuant to all applicable federal civil procedures and local rules of court, hereby files this "Motion to Voluntary Dismiss Amended Complaint Without Prejudice" for the following reasons:

A. Plaintiff has suffered continued mental stress due to a stroke while under Defendant Perez care that prevents further pro se representation.

B. Plaintiff intends to shop the instant case to attorneys state wide seeking pro bono or contingency fee based representation.

C. When and if such representation occurs, Plaintiff will refile the complaint with this Court.

## LOCAL RULE 3.01(G) CERTIFICATE

Undersigned Plaintiff hereby certifies that mo conference is required because this is a voluntary motion to dismiss without prejudice Plaintiff's Amended Complaint.

**WHEREFORE**, Plaintiff Twilegar respectfully requests this Honorable Court enter an order dismissing without prejudice Plaintiff's amended complaint.

Dated July 25, 2018.

*Mark Twilegar*

Mark A. Twilegar,
 Plaintiff, pro se
Union Correctional Institution
PO Box 1000
Raiford, FL 32083