UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MARK ALLEN TWILEGAR,

        Plaintiff,

v.                               Case No. 3:18-cv-242-J-20JBT

DR. E. PEREZ,

        Defendant.
_____

ORDER

On July 25, 2018, per the mailbox rule, Plaintiff filed a Motion requesting that this case be dismissed without prejudice (Doc. 18). Accordingly, it is

**ORDERED:**

1. Plaintiff's Motion (Doc. 18) is **GRANTED**, and this case is **DISMISSED without prejudice.**

2. The Clerk shall enter judgment dismissing this case without prejudice, terminate all pending motions, and close the case.

**DONE AND ORDERED** in Jacksonville, Florida, this 22nd day of August, 2018.

_____
UNITED STATES DISTRICT JUDGE

JAX-3 8/21
c:
Mark Allen Twilegar, #Y32888
Counsel of Record